UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Marta Yolando Portillo Vasquez**<br><br>                    Petitioner,<br><br>v.<br><br>**PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, et al.,**<br><br>                    Respondents. | Civil Action No. 1:25-cv-12406 |

# DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR KEITH CHAN

Pursuant to the authority of 28 U.S.C. § 1746, I, Keith Chan, Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am a currently serving as an Assistant Field Office Director ("AFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, ("ICE") Enforcement and Removal Operations ("ERO").

2. Included in my official duties as an AFOD in Burlington, Massachusetts is the responsibility for assisting in and the managing, monitoring, scheduling and execution of removal orders for aliens in ICE custody. I am familiar with ICE policies and procedures for detaining aliens in order to initiate removal proceedings or to effectuate removal orders.

1

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on noncitizens. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM"). EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any.

4. In preparing this declaration, I have examined the official records available to me regarding Marta Yolando Portillo Vasquez ("Petitioner"). The Petitioner's case was assigned to a Deportation Officer in my office for whom I supervise.

## IMMIGRATION HISTORY

5. The Petitioner is a native and citizen of El Salvador.

6. On August 28, 2025, ICE officers encountered the Petitioner and arrested her pursuant to 8 U.S.C. § 1231. On the same day, the Petitioner was detained in an ICE holding room in Burlington, Massachusetts.

7. On August 29, 2025, the Petitioner was transferred from the ICE office in Burlington, Massachusetts to the Chittenden Regional Correctional Facility ("Chittenden") in Vermont because of operational needs and lack of bedspace for female detainees in Massachusetts. The Petitioner left ICE's office at approximately noon on August 29, 2025, and arrived at Chittenden on the same day at approximately 3:47 P.M. The Petitioner remains detained at Chittenden.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on the 5th of September 2025.

_____

Keith Chan
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts