# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Marta Yolando Portillo Vasquez | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 2:25-cv-744 |
| Patricia Hyde, Field Office Director; Michael Krol, HSI New England Special Agent in Charge; Mr. Todd Lyons, Acting Director U.S. Immigrations and Customs Enforcement; Kristi Noem, U.S. Secretary of Homeland Security; Pamela Bondi, U.S. Attorney General | ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that this matter was transferred from the District of Massachusetts and prior to its transfer, the petitioner filed a parallel request for habeas corpus relief in this District. The court held a hearing in the case filed in the District of Vermont, 2:25-cv-741 and the parties agreed the court could dismiss this action. Pursuant to the court's Order (Document No. 11) filed September 19, 2025, this case is DISMISSED.

Date: October 20, 2025

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 10/20/2025

*/s/ Kristin Pratico*
*Signature of Clerk or Deputy Clerk*